FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:06 pm, Dec 03, 2021
JEFFREY P. COLWELL, CLERK

## Motion for the appointment of Counsel

Plaintiff, Anthony Keller pursuant to §1915, request this court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel

2. The issues involved are complex

3. The plaintiff has extreamly limited access to the law library

4. The plaintiff has no usable knowledge of civil or federal law

WHEREFORE, this Honorable court should appoint counsel to represent plaintiff

October 26th 2021
Anthony Keller
PO Box 16700
Golden CO 80204

Declaration in Support of Plaintiffs Motion for the Appointment of counsel

Anthony Keller states:

1. I am the plaintiff in the above-entitled case. I make this declaration in support of my motion for this appointment of counsel

2. The complaint in this case alleges that the plaintiff was subjected to the misuse of force by several correctional officers one of which kicked him in the face and dumped a dinner tray on him and others who failed to get medical attention while he lay bleeding on the ground for 4 hours. It alleges that supervisory officials were aware of the violent propensities of some of the officers and are liable for failing to take action. It also alleges that counseling staff refused to accept drugs given to him and though aware of his addiction and possession of fentanyl and history of suicidal thoughts, sent him back to his cell. The plaintiff was repeatedly denied due process and moved from medium custody to a much more restrictive MAX pod and all of his grievances went unanswered.

3. This is a complex case because it contains several legal claims, with each claim involving a different set of defendants.

4. This case involves medical issues that may require expert testimony

5. The plaintiff has demanded a jury trial

6. This case will require discovery of documents and depositions of a number of witnesses

7. The testimony will be in sharp conflict

8. The plaintiff only has a GED and has no legal education

9. The plaintiff is being targeted and has no access to legal materials and has no ability to investigate the facts of the case, for example, by locating and interviewing other inmates and staff who are eyewitnesses

10. As set forth in Memorandum of Law submitted with this motion, these facts, along with the legal merit of plaintiffs claims support the appointment of counsel to represent plaintiff

WHEREFORE, the plaintiff's motion for appointment of legal counsel should be granted Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of October 2021