IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN -3 2022
JEFFREY P. COLWELL
CLERK

Civil Action No. 21-CV-03243-GPG
(To be supplied by the court)

Anthony Eugene Keller, Plaintiff

v.

Robert Reardon,

Duane Schull,

Brandon Brown, Mike Collins,

Jon Doe, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Anthony F Keller #P01072730 PO Box 16700 Golden CO 80402
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: *(Please explain)* _____


## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Robert Reardon Chief
(Name, job title, and complete mailing address)

200 Jefferson County Pkwy Golden CO 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No *(check one)*. Briefly explain:

_____
_____

Defendant 1 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 2: Mike Collins
Brandon Brown Counselors
(Name, job title, and complete mailing address)

200 Jefferson County Pkwy Golden CO 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: Duane Schall Deputy
(Name, job title, and complete mailing address)

200 Jefferson County Pkwy Golden CO 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

Supporting facts:

1. Racial / religious Descrimination

2. Physical Abuse

3. Violation of Due Process Clause of the 14th amendment

4. Deputies failing to provide adequate medical care for Plaintiff violated Plaintiffs rights under the 8th amendment of the United states Constitution

5. Deprivation of liberty by punishing Plaintiff with work assignment in Max housing unit after claims

✳ Additional Paper is attached.

## D. Statement of Facts/Claims

Since being incarcerated at the Jefferson County sheriffs office Detention Center the Plaintiff has experienced treatment so clearly in violation of his rights and JCSODC's own policy, that it warrants an investigation. Over a period of 4 months its gotten worse and administration has worked to cover up actions taken by staff by refusing to respond to grievances or denying them with no real investigation to serious accusations. On September 9th 2021 the plaintiff recieved a write up for "refusing to stand for count" by officer Miller. In Millers own report he says the plaintiff was sick and had put in a kite to medical and was unable to stand. On September 17th 2021 officer Miller again approached the Plaintiff about wearing a mask while the Plaintiff was brushing his teeth and unable to wear one. The Plaintiff went to Deputy Millers training Dept., Deputy Jon Doe 1 to express that based on the prior write up and the fact that other inmates were in the bathroom not wearing masks, the Plaintiff felt Deputy Miller was singling him out. Deputy Jon Doe 1 immediatly covered for Deputy Miller saying Deputy Miller did not see the other inmates not wearing masks. Deputy Miller had not spoken with Deputy Jon Doe 1 so there is no way Deputy Jon Doe could know what Deputy Miller did or did not see. It became clear to the Plaintiff the two Deputies were unable to be rational so the Plaintiff

walked away. Deputy Jon Doe 1 decided he wanted to remind the Plaintiff of his place and told the Plaintiff to pack his things because he was moving to Max custody. Deputy Jon Doe 1 stated that because the Plaintiff did not want to continue the conversation, he was concerned for the Plaintiff's safety. The Plaintiff was moved to a much more restrictive unit and denied the ability to participate in a treatment program he was in that the court wanted to see him complete before court. The Plaintiff complained to Counselor Brandon Brown who said the Plaintiff was moved because he challenged officer Millers authority and the Deputies did not want the Plaintiff in that unit. The Plaintiff sent a kite to Sgt Kitzmann who said the Plaintiff was moved based on reclassification. The Plaintiff filled a grievance and was told the move was due to multiple write ups. On appeal the Plaintiff stated he did not receive any write ups at all and that the response was a lie, made up over a month after the grievance was filled. (It is my beliefe that the only reason they started responding to my grievances is because I put in a sheriffs request prior to preparing this Suit. Administration went back and responded to 4 previously unanswered grievances filled months ago) *

2. On or around September 26th 2021 the Plaintiff informed Counselor Brandon Brown of the

abundant amount of drugs available in his new housing unit and brought him fentanyl pills as proof. The Plaintiff was trying to prevent a relapse and get back into treatment so the plaintiff made a deal with Counselor Brandon Brown to due a controlled buy but when the Plaintiff tried to give the drugs to counselor Brown, the Plaintiff was told to hold them until Brown could speak to his supervisor the next morning. Counselor Brown never came back and after 2 days the Plaintiff met with Mike Collins to explain what was happening. Collins did not take the drugs either and he told the Plaintiff no matter what, the Plaintiff would not be moving out of Max pod. The Plaintiff was sent back to the cell and overdosed on the drugs. While on the ground the Plaintiff was kicked several times by Deputy Jon Doe 1. Once Deputy Jon Doe 1 realized the Plaintiff was unresponsive to the kicking, he called for medical and the Plaintiff was carried out to the medical unit. The Plaintiff was wrestled to the bunk and his clothes cut from his body while Deputies threatend to cut his "balls" if he wasn't still. The following day, experiencing withdrawls, the Plaintiff vomited then sliped and hit his head. The Plaintiff lay by the toilet for hours bleeding until deputies finally showed up with dinner treys. The Plaintiff begged the Deputy for help and the Deputy assured

him that he would call medical. Instead the Deputy came back minutes later to collect the untuched dinner trey. The deputy kicked the plaintiff in the nose while backing out of the cell causing the Plaintiffs nose to bleed. The Plaintiff layed there bleeding for another 3 hours before getting medical treatment for the head injury and busted nose. The Plaintiff remained on suicide watch covered in blood and vomit for 73 hours with out the opportunity to shower, leave the cell or clean. Once released from the watch the Plaintiff was returned to Max Pod where his property was missing and never recovered.

3. October 14 2021 the Plaintiff became elidgible for the inmate worker Program and good time. The Plaintiff put in several kites but was given the run around for weeks with Duane Schall saying no positions where available. When the plaintiff noticed several white inmates being accepted into the program, the Plaintiff complained and was finally accepted while Duane Schall was on vaccation. Once Schall returned, the Plaintiff was removed from the inmate worker unit, a minimum unit with lots of privleges, to Max again as an inmate worker on stand by to the 5 MAX workers already

in the unit Schall lied and keeps saying the Plaintiff was moved because he could not shave due to religious reasons. When the Plaintiff began experiencing harassment from the other inmates and offered to shave despite his religion, Schall continues to deny the request.

The Deputies have shown that they have absolute control over all inmate rights and they due as the wish while admin make excuses and cover up the abuse of power, denial of liberty, descrimination, vengful acts and punishment for speaking on any issue. On November 19th the Plaintiff was forced to carry treys up and down the stairs with a bruised ankle the resulted from him not being given shoes to work in so he caugh his slipper on the stairs carrying treys up days prior.

E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes  _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

　　_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

　　_X_ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1. Issue an injunction ordering Duane Schall to move me to the inmate worker unit and give me a job that allows me to stay in the unit.

2. Award compensatory damages for physical and emotional injuries as a result of assault
   - for deprevation of liberty and amenity and emotional injuries from their denial of due process in connection with plaintiff's punitive reclasification and loss of good time credit
   - for the physical and emotional injuries resulting from their failure to provide adequat medical care

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12-27-2021
(Date)

(Form Revised December 2017)

6

Anthony Eugene Keller
# 80167430
PO Box 16700
Golden CO 80402-6700

Office of the Clerk
United States District Court
901-19th Street Room A105
Denver, CO 80294-3589



