IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03243-LTB-GPG

ANTHONY EUGENE KELLER,

    Plaintiff,

v.

ROBERT REARDON,
DUANE SCHALL,
BRANDON BROWN,
MIKE COLLINS,
JOHN DOE,

    Defendants.

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on March 28, 2022 (ECF No. 15). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on March 28, 2022. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from de novo review.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 15) is accepted and adopted. It is

1

FURTHER ORDERED that the Amended Prisoner Complaint (ECF No. 6) and the action are dismissed without prejudice for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED at Denver, Colorado, this  22nd  day of ___April_____, 2022.

BY THE COURT:

   s/Lewis T. Babcock          
LEWIS T. BABCOCK, Senior Judge
United States District Court